# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **RAYMOND DARNELL JOHNSON,** | ) | Civil Action No. 7:12cv00259 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ORANGE COUNTY, VA,** *et al.*, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that Johnson's request to proceed *in forma pauperis* is **GRANTED**, this action shall be and hereby is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 15th day of June, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE